**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2024

> Mr. Gonzalez's application to modify his conditions of pretrial release by removing stand along monitoring and GPS conditions is granted.
> SO ORDERED.
>
> _[signature]_
> Edgardo Ramos, U.S.D.J.
> Dated: 1/29/2024
> New York, New York

**BY ECF**

The Honorable Edgardo Ramos
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Radames Gonzalez**
      **23-CR-318-2 (ER)**

Dear Judge Ramos:

Radames Gonzalez, through undersigned counsel, respectfully moves the Court for an order modifying his conditions of pretrial release. Specifically, Mr. Gonzalez asks the Court to remove the stand alone monitoring and GPS conditions. Pretrial Services reports that Mr. Gonzalez has been on supervision for the past six months with no issues of compliance, that he checks in weekly, has tested negative for illicit substances, has always made himself available for visits and/or community contacts with Pretrial Services, and that he reports as directed. Pretrial Services also notes it did not recommend that these conditions be imposed at Mr. Gonzalez's initial appearance.

Undersigned counsel has conferred with both Pretrial Services and the Government about this request. Neither have any objections to the removal of these conditions. Accordingly, Mr. Gonzalez respectfully asks the Court to remove the standalone monitoring and GPS conditions.

                              Respectfully Submitted,

                                  /s/

                            Kristoff I. Williams
                            Assistant Federal Defender
                            Federal Defenders of New York
                            (212) 417-8791


Cc:    United States Pretrial Services Officer Francesca Piperato (via email);
        Assistant United States Attorneys Patrick Maroney (via ECF)